

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2015

No. 04-15-00419-CR

William Horace **WALKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1349
Honorable Melisa Skinner, Judge Presiding

**O R D E R**

Sitting:    Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice

On August 19, 2015, this appeal was dismissed pursuant to TEX. R. APP. P. 25.2(d). On September 3, 2015, appellant filed a pro se letter which this court has construed as a motion for rehearing. *See* TEX. R. APP. P. 49.1. The motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court